Charles B. BOWIE, Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.

No. 03–6908.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 22, 2003.

Decided Nov. 14, 2003.

Charles B. Bowie, pro se.

Eugene Paul Murphy, Office of the At-
torney General of Virginia, Richmond, Vir-
ginia, for Appellee.

Before MICHAEL and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

Charles B. Bowie, a Virginia inmate,
seeks to appeal the district court's order,
accepting the magistrate judge's recom-
mendation and denying relief on his peti-
tion filed under 28 U.S.C. § 2254 (2000).
An appeal may not be taken from the final
order in a § 2254 proceeding unless a cir-
cuit justice or judge issues a certificate of
appealability. 28 U.S.C. § 2253(c)(1)
(2000). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2000). A prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that his con-
stitutional claims are debatable and that
any dispositive procedural rulings by the
district court are also debatable or wrong.
*Miller–El v. Cockrell,* 537 U.S. 322, 123
S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Bowie has not made
the requisite showing. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED*